DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TENTH STREET COMMERCE PARK OWNERS ASSOCIATION, INC.,**
Appellant,

v.

**H & S DEVELOPMENT GROUP, INC.,** a Florida Corporation,
Appellee.

No. 4D21-386

[November 18, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Melanie Dale Surber, Judge; L.T. Case Nos. 502018CC006135XXXXMB and 502020AP000017CAXXMB.

Leonard Wilder of Bakalar & Associates, P.A., Coral Springs, for appellant.

Thomas J. Gruseck, West Palm Beach, and Arthur C. Koski of the Law Office of Arthur C. Koski, P.A., Boca Raton, (withdrawn as counsel after filing brief) for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***